SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 07-41-GPS(RZx): | Date  March 26, 2007 |
| Title | Brenda Lifsey v. Kraft Foods Global | |

Present: The Honorable  **GEORGE P. SCHIAVELLI, United States District Judge**

| Jake Yerke | Rosalyn Adams | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ray E. Gallo | Amy W. Schulman |

**Proceedings:** **ORDER CONTINUING DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S MOTION TO STRIKE**

Court and counsel present, hearing held.

Parties inform Court that they have reached a settlement in this case.

Court continues defendant's motions to **April 10, 2007 at 1:30 p.m.** to allow parties a chance to finalize the settlement and submit a stipulation to dismiss. If the parties file a dismissal, no appearances will be necessary at the hearing on April 10, 2007.

IT IS SO ORDERED.



DOCKETED ON CM
2 7 2007
BY            022

: 5

Initials of Preparer   JY

14